UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X        **Docket No. 1:23-CV-00798 (AS)**
MILAGROS FRANCO,

                                        Plaintiff,

             - against -                                                  **STIPULATION TO**
                                                                          **AMEND COMPLAINT**

DELTA PI REALTY LLC AND 23RD STREET
JEWELRY AND HAIR CORP.,

                                        Defendants.
----------------------------------------------------------------X

            IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff

and counsel for defendants Delta Pi Realty LLC and 23rd Street Jewelry and Hair Corp. that the

parties consent to plaintiff amending the Complaint, which amended Complaint is filed as

Docket No. 34.


Dated as of:    September 15, 2023
                New York, New York


**PARKER HANSKI LLC**                        **MAYYA S. GOTLIB, ESQ.**

By: _____           By: _____
        Robert G. Hanski, Esq.                    Mayya S. Gotlib, Esq.
        Attorneys for Plaintiff                   Attorneys for All Defendants
        40 Worth Street, Suite 602                1272 Richmond Road
        New York, New York 10013                  Staten Island New York 10304
        (212) 248-7400                            (917) 930-6621
        (212) 248-5600                            mgotlibesq@gmail.com
        rgh@Parkerhanski.com