UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS FRANCO,<br><br>       Plaintiff,<br><br>  -against-<br><br>DELTA PI REALTY LLC, et al.,<br><br>       Defendants. | 23-cv-798 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at the October 24, 2023, conference:

1. By **November 1, 2023, at 5:00 p.m.**, the parties shall provide at least two weeks of availability in January or February 2024 for trial.

2. By **November 3, 2023, at 5:00 p.m.**, Defendants shall provide a good-faith response to Plaintiff's settlement demand.

SO ORDERED.

Dated: October 25, 2023
   New York, New York

                    _____
                    ARUN SUBRAMANIAN
                    United States District Judge