UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILAGROS FRANCO,

                Plaintiff,

-against-

DELTA PI REALTY LLC, et al.,

                Defendants.

23-cv-798 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court reminds the parties that the final pretrial conference is scheduled for February 20, 2024, and trial is scheduled to begin on February 26, 2024. These dates will not move.

    By February 6, 2024 (two weeks before the final pretrial conference), the parties must submit their motions in limine and the joint pretrial order. The Court's individual practices also require that joint requests to charge, joint proposed verdict forms, and joint proposed voir dire questions shall be submitted as attachments to the proposed joint pretrial order, with any differing proposals displayed in track-changes format and supported by authority or other justification. The joint nature of these filings requires the parties to meet and confer, so they should have already begun to craft these materials.

    Finally, because of the proximity of trial, a settlement in principle will not end this case. Only a dismissal with prejudice will do so.

    SO ORDERED.

Dated: February 2, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge