UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS FRANCO,<br><br>        Plaintiff,<br><br>   -against-<br><br>DELTA PI REALTY LLC, et al.,<br><br>        Defendants. | 23-cv-798 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On February 2, 2024, the Court emailed the parties at their addresses listed on ECF. The Court received an "undeliverable" bounce-back for Defendant's counsel. As soon as possible, Plaintiff's counsel shall submit a letter updating the Court on the status of this case and addressing whether they have been in contact with Defendant's counsel.

  SO ORDERED.

Dated: February 5, 2024
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge