UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILAGROS FRANCO,

                Plaintiff,                **ORDER**

      -against-                         **23-cv-798 (JW)**

DELTA PI REALTY LLC *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties have reached a settlement and ask the Court to "administratively close the case." Dkt. No. 54. Thus, the Parties may resurrect the suit if either side fails to abide by the terms of the settlement agreement. <u>Bernardino v. Barnes & Noble Booksellers, Inc.</u>, 763 F. App'x 101, 103 (2d Cir. 2019) (there is "no jurisdictional significance to a docket entry marking a case as 'closed,' which ... was made for administrative or statistical convenience."); <u>Abreu v. Thomas</u>, No. 17-CV-01312, 2019 WL 11157245, at *1 (N.D.N.Y. July 19, 2019)("Administrative closure is a docket management device which allows the removal of cases from the court's docket in appropriate situations.").

      Therefore, the joint request is GRANTED.

      **The Clerk of the Court is respectfully requested to close the case.**

      SO ORDERED.

DATED:    New York, New York
               June 21, 2024

                                                  _____
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge